AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Julio Cesar Reyes-Martinez

**CRIMINAL COMPLAINT**

Case Number: M-19-0896-M

IAE  YOB: 1978
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 19, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** *(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Julio Cesar Reyes-Martinez was encountered by Border Patrol Agents near Hidalgo, Texas on April 19, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 19, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 21, 2007 through Atlanta, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 22, 2004, the defendant was convicted of 21 USC 841 & 846 Conspiracy to Manufacture and Distribute 50 Grams or More of Crack Cocaine and Distribute 500 Grams or More of Powder Cocaine and sentenced to forty-one (41) months confinement and three (3) years supervised released term.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on April 20, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

April 20, 2019 @ 3:17 p.m.

/S/ Kellen Meador
Signature of Complainant
Kellen Meador  Senior Patrol Agent

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer